UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ZANE DOOLEN,

Defendant.
_______________________________/

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**
**(Sexual Exploitation of a Child)**

On or about April 28, 2026, in Berrien County, in the Southern Division of the Western District of Michigan,

ZANE DOOLEN

knowingly persuaded, induced, and enticed a minor to engage in sexually explicit conduct for the purpose of producing one or more visual depictions of that conduct, and the visual depictions were produced and transmitted using materials that had been mailed, shipped, or transported in and affecting interstate or foreign commerce by any means.

Specifically, ZANE DOOLEN persuaded, induced, and enticed Minor Victim 1 to record herself masturbating and lasciviously exhibiting her genitals and pubic area. ZANE DOOLEN received and possessed the images on Snapchat, an internet application.

18 U.S.C. § 2251(a), (e)
18 U.S.C. § 2256(2)

**COUNT 2**
**(Possession of Child Pornography)**

On or about April 29, 2026, in Berrien County, in the Southern Division of the Western District of Michigan,

ZANE DOOLEN

knowingly possessed images of child pornography that involved prepubescent minors, including, but not limited to, one or more of the visual depictions listed below:

- IMG 2117.PNG
- IMG 1582.PNG
- IMG 2161.MP4
- telegram-cloud-document-1-5014979491856909827
- telegram-cloud-document-1-5030947600442852151
- telegram-cloud-document-1-5186027784190821621_partial
- telegram-cloud-document-1-5186027784190821622_partial
- telegram-cloud-document-1-5186027784190821620
- telegram-cloud-document-1-5186027784190821631

These depictions were produced using materials that had been shipped or transported in and affecting interstate and foreign commerce, including, but not limited to, an Apple iPhone 11 cell phone.

18 U.S.C. § 2252A(a)(5)(B) and (b)(2)
18 U.S.C. § 2256(8)(A)

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2253.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. §§ 2251 or 2252A, as charged in this Indictment,

ZANE DOOLEN

shall forfeit to the United States of America any visual depiction described in 18 U.S.C. §§ 2251 or 2252A; any matter which contains any such visual depiction that was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses or any property traceable to such property, including, but not limited to, an Apple iPhone 11 cell phone.

18 U.S.C. § 2253
18 U.S.C. § 2251
18 U.S.C. § 2252A
18 U.S.C. § 2256

A TRUE BILL

[ /s/ Redacted ]

GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

JULIA M. RUGG
Assistant United States Attorney