UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZANE DOOLEN,<br><br>Defendant. | CASE NO.<br><br>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO: HONORABLE PHILLIP J. GREEN
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF MICHIGAN

Now comes Julia M. Rugg, Assistant United States Attorney for the Western District of Michigan, and attorney for the plaintiff, and brings this Petition for Writ of Habeas Corpus Ad Prosequendum, and in support thereof respectfully states unto this Honorable Court as follows:

1. That on or about November 17, 2026, an Indictment was returned against the defendant charging him with *(1) Sexual Exploitation of a Minor* in violation of Title 18, United States Code, Section 2251(a) and (e); and *(2) Possession of Child Pornography* in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

2. That the defendant is presently incarcerated at the Auglaize County Correctional Center, and that he cannot be produced and appear before this Court for a hearing on November 20, 2026, without an order of this Court.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum may issue out of the Court directed to the Sheriff, Auglaize County Correctional Center, and to each and all of their assistants, to surrender the said defendant to the United States Marshal for the Western District of Michigan, or their deputies, or any federal agent for transportation to Grand Rapids, Michigan, and further directing the United States Marshal for the Western District of Michigan, and their deputies, to have the said defendant before this Court at Grand Rapids, Michigan, and at such other times and dates as the Court may decree, on November 20, 2026, and after the conclusion of this case that said defendant be returned to the Sheriff, Auglaize County Correctional Center.

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Dated: November 17, 2026

JULIA M. RUGG
Assistant United States Attorney

**ORDER**

Let a Writ of Habeas Corpus Ad Prosequendum issue as prayed for in the foregoing petition, returnable November 20, 2026, for an initial appearance before the Honorable Phillip J. Green, United States Magistrate Judge in Grand Rapids, Michigan.

Dated: November 17, 2026

PHILLIP J. GREEN
United States Magistrate Judge