UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff, Case No. 1:26−cr−00123−PLM

v. Hon. Paul L. Maloney

ZANE DOOLEN,

Defendant.
________________________________/

# NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

| | |
|---|---|
| Type of hearing(s): | Detention Hearing |
| Date/Time: | November 24, 2026 12:30 PM |
| Magistrate Judge: | Phillip J. Green |
| Place/Location: | 499 Federal Building, Grand Rapids, MI |

*Note Change in Time Only*

PHILLIP J. GREEN
U.S. Magistrate Judge

Dated: November 23, 2026 By: /s/ Angie L. Doezema
Courtroom Deputy