UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

Plaintiff,

v.

ZANE DOOLEN

Defendant.

Case No. 1:26-cr-00123

Hon. Paul L. Maloney

**DEFENDANT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT**

Defendant ____ZANE DOOLEN____, through his/her attorney, submits the following initial pretrial conference summary statement.

I. DISCOVERY

☒ The defendant requests disclosure pursuant to Federal Rules of Evidence 404(b).

The defendant ☒ will ☐ will not provide reciprocal discovery.

II. TRIAL

The defendant requests a ☒ jury ☐ non-jury trial.

III. MISCELLANEOUS

The parties acknowledge that if the case is appropriate for expedited resolution and sentencing, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

☒ Counsel for defendant is unaware at this time of any known conflict with counsel's representation of defendant. Counsel will immediately advise the court if any such conflict becomes known.

☐ Counsel for defendant is aware of the following potential conflicts:

IV. OBLIGATIONS

☒ Counsel for defendant acknowledges having reviewed the Obligations of Defense Counsel section available at the court's website, www.miwd.uscourts.gov >> Attorney Information >> Criminal Case Information.

Date November 23, 2026

s/Rachel L. Frank
Counsel for Defendant